United States District Court
Southern District of New York

Michael LoRusso,
V.                    Petitioner,
Donald John Trump,
                      Respondent,

RECEIVED
SDNY PRO SE OFFICE
2026 JUL 14 PM 12: 36

Case No: Pending/Unknown
REF Case No: 8.22-CV-2258-MSS-TGW
1.25-cu-1057 TKW-MAF

# 26CV5971

## Petition For Writ Of Habeas Corpus

As Petitioner is in The Pinellas County Jail Under No evidence, No probable Cause, No Bond, and No Criminal Charge as a political Prisoner of an out of Control 34 time Convicted felon Donald Trump in his retibution Campaign to arrest, Indict, and imprison his political enemies to protect his rich powerful people all in The Jeffrey Epstein files.

## Procedural History

1. As The Department of Justice just reavealed a high organization of "Drones" Coming into 12 Federal Prisons on the east coast. See: FBI special agent in charge Mario Graham that a total of 12 people Charged of 10 People directly involved that was pardoned by Donald Trump in the attack of The Capitol on January 6th, 2021.

2. As The United States Appeals Court dealt another blow to The United States Justice Department to hand over Voting data from the 2020 election.

3. This is The Same Justice Department that in Demand Prosecution of James Comey, Lettica James, Jack Smith and Now Petitioner, Jecoque Powell, Mark Kelly.

As back 55 years ago in The Chicago Seven trial that Respondent is ordering his Justice Department to arrest without evidence and prosecute innocent people because they speak out against Respondent.

Since, Petitioner who testified in The January 6th Committee hearings that all involved the infamous Justin Crowden who supplied weapons to The Florida Branch of The Oath Keepers who attacked law enforcement and was furnished weapons and providing support for a terrorist act to fully armed Kelly Meggs and his wife Connie Meggs with from Justin Crowden Pawn & Gun Shop in Spring Hill, Florida Supplied Weapons as a Correspondent to The Alcohol Tobacco and Firearms while Petitioner was in The Pinellas County Jail dated August 21st, 2020 that could have prevented the attack of the Capitol on January 6th, 2021.

That Pinellas County Sheriff Bob Gualtieri allowed his agents to totally intercept outgoing "legal Mail" in a Federal Holding Facility without Judicial Approval Under 28 U.S.C. § 2510 to protect Justin Crowden. As this Correspondence was used in Petitioner Criminal trial and a Pinellas County Jury convicted Petitioner for Aggravated Stalking Based on a First Amendment right protected under The Petition Clause.

Now, as with The "Gilgo Beach" Murders in Long Island, New York that a City Planner was tied by his DNA in a pizza box after 13 years tied him to the Murders of prostitutes See: Rex Hvermann's own admission to the deaths of Melissa Barthenley, Maureen Barnes, Barbra Lynn Costello who had ties to Florida, and Megan Waterman.

That law enforcement totally ignored all reports of these girls much like in Pinellas County with Sheriff Bob Gualtieri as in a neglect of duty with Governor Ron DeSantis

-2-

As back on August 21, 2020 that Justin Crowder is the number one suspect in Missing girls in Colorado, North Carolina, and Utah and refuses to cooperate with officials. Like his refuse to cooperate with a DCF investigation. See: Body Cam of March 21st, 2024 which Justin Crowder refuse to comply with a DCF investigation. Not acts of a innocent person.

That law enforcement in Pinellas County has totally ignored all efforts that directly connect Justin Crowder with his own 14 year old daughter at the time Zara Crowder which was fully mentioned and investigated back in 2020 as Crimes against children. See Pinellas County Sheriffs Department investigation back in 2018 and 2019.

That a 14 years old Zara Crowder filed sexual allegation against her father Justin Crowder in 2018. As on January 9th, 2019; Zara Crowder at the age of 14 years old was "Kidnapped" from Florida to Utah. See: Attorney Justin Reepls Own testimony that Zara Crowder was placed on transfer of a underage girl to a Wilderness Therapy Group called "Evoke" which when in Utah at "Evoke" was sexually assaulted which Zara Crowder ran away from. Which then with the own admission of Justin Crowder See: Jan 14th, 2022 hearing and on the record that Justin Crowder fully admitted himself in Case No 19-000130-FD on page 59 line 21 through line 25 that Justin Crowder fully admitted that his daughter was still missing.

Now, that Special agent in charge Stephen Davenport of the Federal Bureau of Investigation Field office in Salt Lake City, Utah has investigated the disappearance of Zara Crowder for almost five years.

3 —

Again, Justin Crowder has refuse to cooperate with an official investigate with his daughter's disappearance. But Justin Crowder has been tied to numerous prostitutes deaths and disappearances in Pinellas County, Florida to include Brooklyn Peek out of Pasco County and Heather Strickland which was all after Zara Crowder's disappearance that much like with Rex Heerman ignored by law enforcement.

Department of Justice

1. As Pam Bondi who was Florida Attorney General when the crimes of Justin Crowder and Matt Gaetz was going on under her watch that all ties back to Jeffry Epstien of Sexually crimes in Florida As in Pinellas Circuit Court Case No 24-0624 that on March 20th, 2025 Petition filed to the Court release of The Jeffry Epstien Files under an act Signed by President Trump.

2. As yet again Judge Matthy has gone totally "radio silence" on. That Todd Blanche would rather transfer Ghesline Maxwell to low level security prison while serving a 20 year sentence for supplying young girls to Jeffry Epstien and Prince Andrew the serial abuse of young girls which all goes to Palm Beach, Florida

3. As back to September 5th, 2022 that Petition in a lawsuit filed which is called Access to the Courts See: Michael Colrosso v. Justin Crowder, 2:22-cu-4418-JNP filed in The Distr Court of Utah with Federal Judge Jill M. Parrish that David Williams was served with an official United States Subpoena issued by Federal Judge Jill M. Parrish's law clerk called "The legal Process" but State Attorney Martin Vaudercheldes has decided to use Constitutional Protected right to prosecute Petitioner in total violate of all Due Process rights of Petitioner.

—4—

Then claims like in the Department of Justice attorney without evidence that Petitioner while in the Florida Department of Commerce used a fax to contact DCF officials in Florida. All without evidence in total violation of the Fourth Amendment. Judge Matthy has gone "radio silence" on this issue too since as a Pro Se Criminal Defendant dated on September 9th, 2024 A Motion To Produce Evidence in Arrest Warrant. Under Florida law that an hearing is required of a Fourth Amendment claim and United States Supreme Court decision handed down in Stone v. Powell (1976)

So, Circuit Court Judge Matthy has totally ignored all Constitutional Safeguards and Supreme Court decisions handed down. And made a choice not to produce any evidence to support the arrest warrant by the infamous Pinellas County Deputy Bruce Johnson. Under the widespread corruption of Pinellas County Sheriff Bob Gualtieri that his Deputies and Detectives James Steffens and Howard have lied an the probable cause of the search warrant back in 2022. As also back in 2019 that a Pinellas County Detective was found to give false information on numerous search warrants How did Sheriff Bob Gualtieri react to this? He transferred this Detective to Michigan with Sheriff Jerry Clayton that was deeply involved with the plot to kidnap Michigan Governor Gretchen Whitmer in the Summer of 2020. See; emails of Barry Croft, William Null, Michael Null, Eric Molitor all tied to the plot to kidnap this Governor all go directly to David Williams and Justin Crowder. All ties to Pinellas County Florida which again in Petitioner's correspondences to the ATF in Washington DC is Constitutional Protected under the First Amendment in the Petition Clause.

—5—

That Justin Crowder and his associates all tied to the attack of the Capitol are a Public safety Concern like his own son Wyatt Crowder.

Back to Michigan that in 2021, Ethen Crumbley shot four of his classmates at Oxford High School. In 2024 that his parents was convicted of involuntary manslaughter that allowed Ethen Crumbley to have a weapon by his parents and totally ignored all of the signs like with Wyatt Crowder. That again in Georgia Colin Gray's father was convicted by the action of his father that allowed him to be around high powerful weapons.

Wyatt Crowder who witnessed his own sister be "kidnapped" and gone missing has been at the firing range since he was 12 years old with a AR15. This is the same pattern as in with Ethen Crumbley in Michigan, but law enforcement in Pinellas County who rather ignored Public safety Concern and arrest Petitioner for exercising a first Amendment right.

Wyatt Crowder who has the same pattern of Nicholas Cruz who in 2018 killed 17 people at Parkland High School. Pinellas County Sheriff Bob Gualtieri is head of the Parkland Committee and been informed of the danger of Wyatt Crowder totally ignored it. Much like the investigation of Heather Strickland.

As of November 30th, 2022 that Petition while in the Florida Department of Corrections was in numerous correspondences with Special Counselor Jack Smith with the Department of Justice which clearly mention all mentioned and the illegal interception of out going "Legal Mail" total violation of Petitioner's First Amendment right which is all in Petitioner's Federal Habeas Corpus 2254 petition in Case No 8:22-cv-2258-MSS-TGW with Federal Judge Mary Scriven. Which the attack of the Capitol was the largest federal investigation in the history of Department of Justice. —6—

That a 30,000⁰⁰ reward that Petita had numerous contact with Tampa field office of the whereabouts of Johnath Pollock who all tied to another of Justin Crowden's associate named Rodney Cooper who also owns a Pawn + Gun shop in Winter Haven, Florida in Polk County, Florida. Mr. Cooper was deeply involved in a huge shipments of weapons for a small town in Polk County called Davenport to Queens, New York. See District Atty Melinda Katz prosecutor

See: Target Letter dated September 9ᵗʰ, 2023 to David William Which again has Case No. 8:22-cu-2258-MSS-TGW which was again "legal process" with Fedual Judge May Scruven and New York Atty General Lettica James

As Justin Crowden's own email like his own words that his 14 year daughter Zara Crowden was missing. A email to Pinellas County Deputy Bruse Johnson dated August 28ᵗʰ, 2023. That Justin Crowden filly admitted that mentioning several of my friends, business associate

Notice of Summons Case No. 8:22-cu-2258-MSS-TGW That mentioned Kelly Meggs who had 39 credit card purchases at Justin Crowden's Gulf Pawn Shop prior to the attack of the Capital I guess he is a friend of Justin Crowden

Target Letter Care No. 8:22-cu-2258-MSS-TGW that filly mentioned the 40 count indictment in Georgia with Fani Willis which again that Petita had numerous correspouses with too. Then the criminal convicted of 34 felonies by "Mr. Big" Donald Trump in New York of "Hush Money" to a porn actress Stormy Daniels. Which "Mr. Big" own attoy William Cohen testified and went to prison to protect like Jeff Sessions, Bill Barr, and Pam Bondi has learned that being Atty General for Donald Trump is not long for the job. Now, Todd Blanche who lost the "Hush Money" trial perfect to be Atty General of the United States.

—7—

As Mentioned that Justin Crowder claims are his friends, Connie Meggs, Jessica Watkins, Ashley Wagon, Josh Wagon, Brian Moore, Johuth Pollock, Roden Cooper, Theu Caldwell, Kenneth Harrellson, Michael Palmer, Jeremy Brown, Thomas Webster, Daniel Rodeview, Doug Jensen.

These by Justin Crowder's own admission are his friends all was convicted and ties to The Florida Oath Keepers and Proud Boys, Many Convicted by the pardoned by Convicted Felon Donald Trump.

These are Justin Crowder's friends!

Jack Smith's Correspouses dated November 30th, 2022 that shows of the plight of Zara Crowder which was ignored by law enforcent in Pinellas County.

The Courage of Petitioner, Rusty Bowers, Mike Pence, Brian Kemp, and Cassidy Hutchison which Petitioner still has a relationship with

Now, all goes to atty Klinska Caplano who was fully aware of the Crimes of her Clients Justin Crowder and David Wilkins and ignored them. That much like a lot of "Mr. Big" atty that Ms. Caplano should be disbarred too. That clearly mentioned that Ms. Caplan was hiding documents that Petitioner need it for his 2254 petition filed in Federal Court. Total obstruction of Justice.

The attack of law enforcent and the suicide of Capitol Police officer Michael Falone say it all with the events that Justin Crowder was deeply involved with.

The State atty Robert Bruce who prosecuted Petition based on a First Amendment right is black and Petitioner is White.

See Case No 621-CV-06702-CWK Virgin Guiffre v. Prince Andrew That Virgin Guiffre wrote the book "Nobody's Girl" one of over 1,000 young girls trafficked and again Virgin Guiffre Committed suicide too.  - 8 -

That State Attorney Martin Vorderbruellide is prosecuting without enough of a tax from Watch Connected under "Bad Faith" and all 2/9 pretrial motions have gone "radio silence" with Circuit Court Judge Phillippe Matthy See The record.

## Nature of Relief Sought

1. That The Court invoke jurisdiction in New York transfer this Petition to The Middle District of Florida Tampa Division in Case No 8-22-CU-2258-MSS-TGW to Judge May Schriver who for 11 months has yet to make a ruling.

2. That in Case No 625-CU-105-TKW-MAF with Federal Judge Martin Fitzpatrick in an Amicus Brief of to obtain testa of Sarah Isgson who host a podcast of The United States Supreme Court.

3. As of Motion To Comply with The Jeffry Epstien files by Department of Justice dated March 25th, 2025 which Circuit Judge Phillippe Matthy has totally ignored. Failure to protect Victims and refuse to comply with an Order of Congress Signed by Mr. Big himself To all protect Justin Crowder and friends.

4. That The Sixth Judicial Circuit has totally ignored all Supreme Court decisions handed down. That Federal Judges both in Florida and Illinois stated of First Amendment protect Speech. See: Federal Judge Allen Winson stating a view offensive and hateful is protected speech. Federal Judge Sara Ellis in Illinois under The First Amendment we can not have people thrown into jail. Which is what is happening in Pinellas County Circuit Court. That all persons in This country enjoy the protections and benefits of our legal system Which is being trampled on in with State Attorney Martin Vorderbruellide and made a choice not to produce any evidence much like with Klimmer Garcia case in Tennessee. Department of Justice Sent american citizen to El Salvador without due process like Petition

-9-

<u>Criminal Charge 39-205</u>

1. Mr. Kinderheckle has then criminally charged Petitioner with a Florida statute that is not a criminal charge. See 39-205 and without evidence in the arrest warrant signed on July 2nd, 2024 by again Judge Matty. The criminal charge is filing a false report of abuse without evidence.

See: U.S. v. Nixon, 418 US 683 (1974) That justice cannot prevail over the fundamental demands of justice in the fair administration of criminal justice. Which is totally lacking in with Judge Matty and the Sixth Circuit. all to Cover up of the crime of Justin Crocodic

See: New York Times article with Maggie Haberson dated March 3/21/2023 of front page of Florida Governor Ron DeSantis Suspended a twice elected State Attorney Andrew Warren in Hillsborough County See: Warren v. DeSantis and another Federal Judges ruling with Robert Hinkle. That Govern Ron DeSantis Violated Andrew Warren's First Amendment

Which all goes to Petitioner's arrest in our 250th Birthday that is a System Where a convicted felon Donald Trump can profit of almost a billion dollars and poor people are being denied Medicaid, and Food Stamps which both Florida Senators voted in favor of. The rich and guilty go free and the poor and innocent are punished Petitioner will speak up for the people who have no voice.

See:
William Jansole
609 West DeLeon Street
Tampa, Florida 33602
813-361-0874

-10-

This Petition for Writ or Habeas Corpus Comes in good faith
Respectfully,
to
Michael Collussio
14400 69th Neet
Clearwater, Fl 33762

5.  Are you currently represented by counsel in this case or in any other court case?

Yes ☑    No ☐       Case No 8.22-cu-2258-MSS-TGW

If yes, please explain: William Sansone

6.  If this case concerns removal proceedings:    W/s
    (a)  Date of final order of removal: _____
    (b)  Did you file an appeal with the Board of Immigration Appeals?    Yes ☐    No ☑

7.  In the spaces below, set forth every ground which supports your claim that you are incarcerated unlawfully.  Briefly summarize the specific facts in support of each ground raised.  Conclusions that are not supported by specific facts are insufficient.  You may attach additional pages if necessary to raise additional grounds or provide additional facts.  Do not cite any law in your statement of facts.

(a).    Ground one: That Judge Schuer has yet to rule for 11 mocths.

Supporting FACTS (state *briefly* without citing cases or law): _____

That Judge Mar. Schuer has yet to rule on a 2254 Petit for almost a year

Exhaustion:
[1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?

Yes ☐    No ☑

If yes, please provide the results of the proceeding(s) and the relevant date(s).  Include any

appeals: _____ N/A _____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?    Yes ☐ No ☑

If yes, please provide the results of the proceeding(s) and the relevant date(s).

_____ N/w _____

(b).    Ground two: See Writ of Habeas Corpus

Supporting FACTS (state *briefly* without citing cases or law): _____

See 8.22-cu-2258-MSS-TGW

Exhaustion:
[1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?

Yes ☐   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).  Include any

appeals: _____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?        Yes ☐ No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

_____

(c).    Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

Exhaustion:
  [1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
      Yes ☐   No ☐
  If yes, please provide the results of the proceeding(s) and the relevant date(s).  Include any

appeals: _____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?        Yes ☐ No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

_____

(d).    Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

Exhaustion:
  [1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
      Yes ☐   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any

appeals: _____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?        Yes  ☐ No  ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

_____

(e).    Ground five: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

Exhaustion:
       [1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
             Yes  ☐    No  ☐
       If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any

appeals: _____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?        Yes  ☐ No  ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

_____

(f).    Ground six: _____

Supporting FACTS (state *briefly* without citing cases or law):  _____

_____

_____

_____

Exhaustion:
       [1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
             Yes  ☐    No  ☐

Page 6

If yes, please provide the results of the proceeding(s) and the relevant date(s).  Include any

appeals: _____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) -
Did you present ground one to the Board of Immigration Appeals?       Yes   □ No  □

If yes, please provide the results of the proceeding(s) and the relevant date(s).

_____

8.    WHEREFORE, based upon the grounds raised above, Petitioner prays that the court will grant the

following relief:

## DECLARATION

I declare under penalty of perjury that I have read the above and the information contained herein is true
and correct.

_____                    _____
        (Date)                                              Signature of Petitioner

## IF MAILED BY PRISONER:

I declare or state under penalty of perjury that this petition was (check one):

□ delivered to prison officials for mailing,   or   □ deposited in the prison's internal mail system on:

_____(date).

_____
                Signature of Petitioner

Revised 01/13  admin/forms/jjl



Michael LoRusso
14400 49ª North
Clearwater, Florida 33762
2024837
Pinellas County Jail

RECEIVED
SDNY PRO SE OFFICE
2026 JUL 14 PM 12: 36

USM P3
SDNY

33630

United States District Court
Daniel Patrick Moynihan
500 Pearl Street
New Clock, New York
10002-1312

RECEIVED
JUL 13 2026
CLERK'S OFFICE
S.D.N.Y.